IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: Application for Exemption from the
Electronic Public Access Fees by Christina L. Boyd

Misc. Case No.: 1:07mc52

This matter is before the Court upon the application and request by Christina L. Boyd for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States.

The Court finds that Christina L. Boyd, as a graduate student, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Christina L. Boyd has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Christina L. Boyd shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of writing her dissertation. She shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to Christina L. Boyd and is valid only for the purposes stated above;
2. no individual judge data will be compiled nor will individual judge information be distributed to anyone else;
3. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
4. by accepting this exemption, Christina L. Boyd will not sell for profit nor transfer any data obtained as a result of receiving this exemption;
5. this exemption is valid one year from this date of this Order.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: October 22, 2007

Signed by: Irene M. Keeley, Chief Judge